UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEB MAXWELL, CHARLENE
COTHRAN, MARK C. SEVIER,
and JOHN GUNTER, JR.,
    Plaintiffs,

vs.                                          Case No.: 3:20cv5689/RV/EMT

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiffs Deb Maxwell, Charlene Cothran, Mark C. Sevier, and John Gunter, Jr., proceeding pro se, instituted this action by filing a complaint pursuant to 42 U.S.C. § 1983 (*see* ECF No. 1). On May 18, 2021, the court entered an order noting that mail addressed and sent to Plaintiffs at their addresses of record had repeatedly been returned as undeliverable—except with respect to Plaintiff Charlene Cothran, who shares an address with Plaintiff Deb Maxwell but to whom orders recently mailed were included in an envelope addressed to Maxwell, which was returned as "not deliverable as addressed" (*id*. (referencing ECF Nos. 6, 7, 18–22)). The court further noted that no Plaintiff had updated his or her address of record or filed anything with the court in more than nine months (ECF No. 23).

Case No.: 3:20cv5689/RV/EMT

The court thus directed Plaintiffs Maxwell, Cothran, Sevier, and Gunter to notify the court, within **thirty days**, of their intention to proceed with this case and, if so, to provide current addresses (ECF No. 23). The court advised that should Plaintiffs fail to do so, the undersigned would recommend, without further notice, that the case be dismissed (*id.*).[1] The deadline for compliance has passed, and no Plaintiff has filed a notice of his or her intention to proceed with this case, a notice of change of address, or any other submission.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for each Plaintiffs' failure to comply with an order of the court and failure to keep the court apprised of his or her current addresses. If the court is unable to reach Plaintiffs, issuance of any further orders would be futile.

At Pensacola, Florida, this 22nd day of June 2021.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] The court specifically advised the clerk of court to mail copies of the order of May 18 to each Plaintiff in separate envelopes—with each envelope addressed to each individual Plaintiff (ECF No. 23 at 2 n.1). Each mailing was returned to the court as "Insufficient Address, Unable to Forward" (Sevier, Gunter); "Attempted – Not Known, Unable to Forward" (Maxwell); or "Unclaimed, Unable to Forward" (Cothran) (ECF Nos. 24–27, respectively).

Case No.: 3:20cv5689/RV/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**